ACCEPTED
03-14-00617-CR
4589066
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 6:04:15 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00617-CR

| | | |
|---|---|---|
| NATHANIEL PAUL FOX | § | IN THE THIRD |
| V. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/20/2015 6:04:15 PM
JEFFREY D. KYLE
Clerk

### STATE'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 12 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was indicted by a grand jury on March 13, 2013 for the charges of Murder and Aggravated Assault of a Family or Household Member with a Deadly Weapon in CR2013-091. Appellant filed his brief on January 22, 2015. After its first extension was granted by the Court, the State's brief is currently due on March 25, 2015.

II.

I am handling the appeal for the State in this case. Since the first extension I have worked on two expunctions which have required a significant amount of research. I have also prepared a response related to a contest of an affidavit of indigence in 03-15-00107-CV on March 12th, and performed several other day-to-

1

day tasks for the office. I have read through the record in the instant case and I am preparing the State's brief, but I will be out of the country performing manual work from March 21st to March 30th, and I am not sure I will have the access or ability to electronically file the State's brief overseas. I plan on completing the State's brief while I am out of the office, and respectfully request an extension of 12 days to file the State's brief in the instant cause. This is the second extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 12 days, until April 6, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Second Motion to Extend Time to File Brief* has been delivered to Appellant NATHANIEL PAUL FOX's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to his above-listed email address through efile.txcourts.gov, this 20th day of March, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3